DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IGAL ELHARRAR,**
Appellant,

v.

**LAGO DEL REY CONDOMINIUM, INC. 1,**
Appellee.

No. 4D18-2063

[October 24, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 50-2014-CA014365-XXXX-MB.

Igal Elharrar, Boca Raton, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.  See* Fla. R. App. P. 9.315(a).

GERBER, C.J., LEVINE and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***